Coös,
Dec. 2, 1919.

### JOHN T. QUINN, *Adm'r, v.* GORHAM.

CASE, transferred from the April term, 1919, of the superior court by *Branch*, J., on an agreed statement of facts.

*Sullivan & Daley* and *Harry G. Noyes* (*Mr. Sullivan* orally), for the plaintiff.

*Drew, Shurtleff, Morris & Oakes, Alfred R. Evans* and *Jesse F. Libby* (*Mr. Oakes* orally), for the defendant.

*Per Curiam.* This is an action for the death of the plaintiff's intestate caused by his being thrown over a defectively railed embankment while a traveler upon a state-aided highway. The accident occurred in August, 1914. The court dismissed the action, and the plaintiff excepted. In view of the decisions in *Grace* v. *Belmont*, 78 N. H. 112 and in *Kelsea* v. *Stratford*, *ante*, 273, the exception must be overruled.